

Erik M <erikmishiyev@gmail.com>

---

## Mishiyev v. YouTube et al, MD Fla 24-cv-2675: Court's Order Granting Motion to Transfer

---

Erik M <erikmishiyev@gmail.com>　　　　　　　　　　　　　　　　　　　　　　Mon, Dec 2, 2024 at 8:07 PM
To: contact@floridajqc.com, GovernorRon.DeSantis@eog.myflorida.com, mailprocessingstaff@sao13th.com, help@rickscott.senate.gov, publicinformation@flcourts.org, fsc@flcourts.org, acishelp@flcourts.org, holmesl@flcourts.org, info@floridaappeals.com, crawfordc@flcourts.org
Cc: Keiron Jackman <jackmanlawpa@gmail.com>

**TO: FLORIDA LEGAL AUTHORITIES (PLEASE LOOK INTO THIS CASE IMMEDIATELY BEFORE CALIFORNIA LAW IS ALLOWED TO CONTINUE TO HURT FLORIDA CITIZENS!)**

URGENT LEGAL MATTER, PLEASE STOP THIS CORRUPTION BEFORE MORE FLORIDA RESIDENTS ARE HARMED! THEY ARE TRYING TO COVER UP THIS CASE AND THE FLORIDA JUDGE APPROVED THE TRANSFER TO CALIFORNIA WHERE THE COURTS ARE FIXED IN FAVOR OF THE SOCIAL MEDIA COMPANIES WHO ARE CENSORING CONSERVATIVES AND TARGETING PEOPLE LIKE ME FROM HAVING A VOICE! PLEASE HELP!!!! THERE IS A LOT OF CORRUPTION HAPPENING AND THE LITTLE GUY NEVER GETS HIS DAY IN COURT ITS ALL A SCAM!! SOMEONE LOOK INTO THIS CASE! I BELIEVE THERE IS A CONSPIRACY CHARGE AGAINST YOUTUBE AND GOOGLE AS WELL! THIS IS A LOCALIZED ISSUE WITH OTHER YOUTUBE USERS WHO CONSPIRED WITH YOUTUBE EMPLOYEES TO CENSOR ME AND CANCEL ME OUT FROM COMPETING BECAUSE I APPEARED TO BE A REPUBLICAN!!!! THEY ARE LETTING MY LOCAL COMPETITORS (DEMOCRATS) TO USE ANTI-COMPETITIVE TACTICS AGAINST ME AND TOOK MY CHANNELS DOWN AND KILLED MY CAREER!

**PLEASE HELP!!! CALIFORNIA SHOULD NOT BE DECIDING LOCALIZED ISSUES IN TAMPA, FL AND MIAMI!!! PLEASE TELL THE NEW CONGRESS TO REPEAL AND REPLACE SECTION 230 SO IT CAN'T BE USED AS A MEANS TO BE A WEAPON TO HARM SOMEONE'S LIVLIHOOD!**

---------- Forwarded message ---------
From: **Damon Whitaker** <Damon.Whitaker@bclplaw.com>
Date: Mon, Dec 2, 2024 at 6:47 PM
Subject: Mishiyev v. YouTube et al, MD Fla 24-cv-2675: Court's Order Granting Motion to Transfer
To: Erik M <erikmishiyev@gmail.com>, Erik Inc. <erikinc@icloud.com>, jackmanlawpa@gmail.com <jackmanlawpa@gmail.com>
Cc: Ezequiel Romero <ezequiel.romero@bclplaw.com>

[Quoted text hidden]


--
Thank You,
Erik Mishiyev
917-727-4684

```
This email and any files transmitted with it are confidential and intended solely for
the use of the individual or entity to whom they are addressed.
```


---------- Forwarded message ----------
From: "cmecf_flmd_notification@flmd.uscourts.gov" <cmecf_flmd_notification@flmd.uscourts.gov>
To: "cmecf_flmd_notices@flmd.uscourts.gov" <cmecf_flmd_notices@flmd.uscourts.gov>
Cc:
Bcc:
Date: Mon, 2 Dec 2024 16:13:24 +0000
Subject: Activity in Case 8:24-cv-02675-MSS-TGW Mishiyev v. Youtube LLC et al Order on Motion to Change Venue / Transfer Case

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for viewing opinions.**

U.S. District Court

Middle District of Florida

# Notice of Electronic Filing

The following transaction was entered on 12/2/2024 at 11:13 AM EST and filed on 12/2/2024
**Case Name:**     Mishiyev v. Youtube LLC et al
**Case Number:**     8:24-cv-02675-MSS-TGW
**Filer:**
**Document Number:** 19

**Docket Text:**
**ORDER GRANTING [10] Defendants' Motion to Transfer to the Northern District of California. The Clerk is directed to TRANSFER this case to the Northern District of California. Signed by Judge Mary S. Scriven on 12/2/2024. (AC)**


**8:24-cv-02675-MSS-TGW Notice has been electronically mailed to:**

Damon Justin Whitaker     damon.whitaker@bclplaw.com, damon-whitaker-3082@ecf.pacerpro.com, joellen.bringardner@bclplaw.com, marla.ayers@bclplaw.com

Ezequiel Joseph Romero     romeroe@bclplaw.com, zeke.romero30@gmail.com

**8:24-cv-02675-MSS-TGW Notice has been delivered by other means to:**

Erik Mishiyev
4504 W Spruce St. #365
Tampa, FL 33607

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069447731 [Date=12/2/2024] [FileNumber=25083020-0] [0f453bcd9283fac29f34aa46710b4b451807287a2de25c5d613d6d95731f893f19 0b30f08e775c350e1b10e70a185d59270acbc72c78e5eb34f07d9b52869de1]]


---------- Forwarded message ----------
From: "cmecf_flmd_notification@flmd.uscourts.gov" <cmecf_flmd_notification@flmd.uscourts.gov>
To: "cmecf_flmd_notices@flmd.uscourts.gov" <cmecf_flmd_notices@flmd.uscourts.gov>
Cc:
Bcc:
Date: Mon, 2 Dec 2024 20:38:17 +0000
Subject: Activity in Case 8:24-cv-02675-MSS-TGW Mishiyev v. Youtube LLC et al District Transfer Out



**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court

Middle District of Florida

## Notice of Electronic Filing

The following transaction was entered on 12/2/2024 at 3:38 PM EST and filed on 12/2/2024
**Case Name:** Mishiyev v. Youtube LLC et al
**Case Number:** 8:24-cv-02675-MSS-TGW
**Filer:**
**WARNING: CASE CLOSED on 12/02/2024**
**Document Number:** 21(No document attached)

### Docket Text:
**CASE ELECTRONICALLY TRANSFERRED to the Northern District of California. (JNB)**

**8:24-cv-02675-MSS-TGW Notice has been electronically mailed to:**

Damon Justin Whitaker     damon.whitaker@bclplaw.com, damon-whitaker-3082@ecf.pacerpro.com, joellen.bringardner@bclplaw.com, marla.ayers@bclplaw.com

Ezequiel Joseph Romero     romeroe@bclplaw.com, zeke.romero30@gmail.com

**8:24-cv-02675-MSS-TGW Notice has been delivered by other means to:**

Erik Mishiyev
4504 W Spruce St. #365
Tampa, FL 33607

---

**3 attachments**

- Activity in Case 8:24-cv-02675-MSS-TGW Mishiyev v. Youtube LLC et al Order on Motion to Change Venue / Transfer Case.eml
  29K
- Activity in Case 8:24-cv-02675-MSS-TGW Mishiyev v. Youtube LLC et al District Transfer Out.eml
  28K
- 2024.12.02 Dkt 19 - Order Transferring Case to ND Cal.pdf
  160K